Robert D. Phillips, Jr. (SBN 82639)
Linda B. Oliver (SBN 166720)
Mary C. Tsai (SBN 216963)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    510.763.2000
Facsimile:     510.273.8832

Attorneys for Defendant Fidelity and Guaranty Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SAIYAD,<br><br>                    Plaintiff,<br><br>      vs.<br><br>FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, and OLD MUTUAL FINANCIAL NETWORK and DOES ONE THROUGH THIRTY-FIVE, inclusive,<br><br>                    Defendants. | No. 2:06-CV-1237-MCE-EFB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>Honorable Morrison C. England, Jr. |

– 1 –

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the Court may make and enter its order dismissing the above-captioned action with prejudice in its entirety, each party to bear their own costs and fees.

DATED: March 10, 2007

REED SMITH LLP

By  /s/ Linda B. Oliver
    Linda B. Oliver
    Attorneys for Defendant Fidelity and Guaranty Life Insurance Company

DATED: February 21, 2007

GUMBINER & ESKRIDGE LLP

By  /s/ Jack D. Eskridge
    Jack D. Eskridge
    Attorneys for Plaintiff Linda Saiyad

**IT IS SO ORDERED:**

DATED: March 19, 2007

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

– 2 –